**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| IN RE: ) | |
| ) | Case No: 19-54147-pmb |
| LISA MARIE POTISH, ) | |
| ) | Chapter 7 |
| Debtor. ) | |

**AMENDMENT TO SCHEDULE G AND STATEMENT OF INTENTION**

COMES NOW **Lisa Marie Potish** ("Debtor"), by and through undersigned counsel, and files this "Amendment to Schedule G and Statement of Intention," showing to this Honorable Court the following:

**AMENDMENT TO SCHEDULE G**

Debtor amends her Schedule G by substituting the attached in lieu thereof, to reflect the listing of four (4) lease contracts. The creditors were originally listed on Schedule F.

**AMENDMENT TO STATEMENT OF INTENTION**

Debtor amends her Statement of Intention by substituting the attached in lieu thereof, to reflect that she rejects all four of her lease contracts.

**WHEREFORE** Debtor prays that this "Amendment to Schedule G and Statement of Intention" be filed, read, considered, and granted; and that this Honorable Court grants such other and further relief as it may deem just and proper.

Dated:  April 9, 2019

Respectfully submitted,

The Williams Law Office LLC
3675 Crestwood Parkway, Suite 408
Duluth, GA  30096-5054
Phone: (770) 827-6515
Fax: (866) 370-4434

/s/  Patricia Lyda Williams
Patricia Lyda Williams
Attorney for the Debtor
Georgia Bar No. 763510
patty.williamslaw@gmail.com

Fill in this information to identify your case:

Debtor 1 __**Lisa**_____ __**Marie**_____ __**Potish**_____
          First Name        Middle Name       Last Name

Debtor 2 _____
(Spouse, if filing)  First Name      Middle Name     Last Name

United States Bankruptcy Court for the: __**Northern District of Georgia**__

Case number __**19-54147**__
(if known)

☑ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Progressive Leasing — Name<br>256 West Data Drive — Number Street<br>Draper, UT 84020-2315 — City State ZIP Code | Bedding accessories<br>Contract to be REJECTED |
| 2.2 | Progressive Leasing — Name<br>256 West Data Drive — Number Street<br>Draper, UT 84020-2315 — City State ZIP Code | 61" Loveseat<br>Contract to be REJECTED |
| 2.3 | Tempoe Leasing — Name<br>1750 Elm St., Suite 1200 — Number Street<br>Manchester, NH 03104-2907 — City State ZIP Code | TVs, Portable Audio & Electronics, Earrings, Home Security & Safety<br>Contract to be REJECTED |
| 2.4 | Tempoe Leasing — Name<br>1750 Elm St., Suite 1200 — Number Street<br>Manchester, NH 03104-2907 — City State ZIP Code | Kitchen accessories, white vanity & stool<br>Contract to be REJECTED |
| 2.5 | Name<br>Number Street<br>City State ZIP Code | |

Official Form 106G         Schedule G: Executory Contracts and Unexpired Leases         page 1 of 1

Fill in this information to identify your case:

Debtor 1  __Lisa__  __Marie__  __Potish__
          First Name  Middle Name  Last Name

Debtor 2  _____
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the:  __Northern District of Georgia__

Case number  __19-54147__
(if known)

☑ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7  12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Flagship Credit Acceptance LLC**<br>Description of property securing debt: **2013 Buick Enclave** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |

Official Form 108                Statement of Intention for Individuals Filing Under Chapter 7                page 1

Debtor 1  Lisa   Marie   Potish                                      Case number (if known) 19-54147
         First Name  Middle Name  Last Name

Case 19-54147-pmb    Doc 9    Filed 04/09/19    Entered 04/09/19 22:44:16    Desc Main
                               Document      Page 4 of 6

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | Progressive Leasing | ☑ No |
| | | ☐ Yes |
| Description of leased property: | Bedding accessories | |
| Lessor's name: | Progressive Leasing | ☑ No |
| | | ☐ Yes |
| Description of leased property: | 61" Loveseat | |
| Lessor's name: | Tempoe Leasing | ☑ No |
| | | ☐ Yes |
| Description of leased property: | TVs, Portable Audio & Electronics, Earrings, Home Security & Safety | |
| Lessor's name: | Tempoe Leasing | ☑ No |
| | | ☐ Yes |
| Description of leased property: | Kitchen accessories, white vanity & stool | |
| Lessor's name: | | ☐ No |
| | | ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No |
| | | ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No |
| | | ☐ Yes |
| Description of leased property: | | |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____/s/ Lisa Marie Potish_____          X _____
Signature of Debtor 1                           Signature of Debtor 2

Date  04/09/2019                                Date _____
     MM/ DD/ YYYY                                    MM/ DD/ YYYY

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Case No: 19-54147-pmb |
| LISA MARIE POTISH, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

I, **Lisa Marie Potish**, hereby certify under penalty of perjury that the attached pleading is true and correct to the best of my information and belief.

Date:  April 9, 2019

Signed:  /s/  Lisa Marie Potish
         LISA MARIE POTISH

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 19-54147-pmb |
| LISA MARIE POTISH, ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I certify that I served the Chapter 7 Trustee and the parties listed below with a true and correct copy of the within and foregoing "Amendment to Schedule G and Statement of Intention" via CM/ECF and/or via first class United States mail in a properly addressed envelope with adequate postage affixed to ensure delivery and addressed as follows:

Kathleen Steil **– *CM/ECF***
Ogier, Rothschild & Rosenfeld, PC
P. O. Box 1547
Decatur, GA  30031-1547

Progressive Leasing
256 West Data Drive
Draper, UT  84020-2315

Lisa Marie Potish
10811 Alderwood Cove
Duluth, GA  30097-5721

Tempoe Leasing
1750 Elm St., Suite 1200
Manchester, NH  03104-2907

Dated:   April 9, 2019

/s/  Patricia Lyda Williams
Patricia Lyda Williams
Attorney for the Debtor
Georgia Bar No. 763510
patty.williamslaw@gmail.com

The Williams Law Office LLC
3675 Crestwood Parkway, Suite 408
Duluth, GA  30096-5054
Phone: (770) 827-6515
Fax: (866) 370-4434